In The United States District Court
For the Eastern District of Texas
Lufkin Division

Chester Finney Sr.  *
       Plaintiff     *        Amended
vs                   *  Newly Severed Action 9:18cv38
The University of Texas medical * Statement of fact
Branch, Nurses at Stringfellow  * Affidavit-I
Unit, Wallace Pack unit, LeBlanc*
Unit. All People Named in Suit  *
are Sued in their individual    *
Capacities.                     *
       Defendants    *

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 27 2018
BY
DEPUTY

The University of Texas Medical Branch, a municipality that is a Person within the meaning of §1983 and may be held liable for damages under §1983, where Plaintiff's federal rights were violated and the violation is attributable to Municipal Policy or Custom. Such as inmates are entitled to 24 hour Medical Care. The administration of inadequate Medical treatment by Poorly trained Personel only violates due Process if the Inadequate treatment is the result of deliberate indifference. Deliberate indifference also results in a due Process Violation when officials fail to Protect a Prisoner from harm inflicted by other inmates.

On or about August 8, 2017 I was jumped from behind by a gang member a wood he Pushed me forward and Sambed my leg into the bench against my leg that was broken, I recieved in 2014 from the Gib lewis unit in Woodville texas. My spine was injured when the gang member rammed my spine into a brick wall which injured me Pretty badly. We went to Medical in handcuffs and given a Medical Lockup exam. I told the Nurse my spine was injured, she touched me in the wrong Place in my back she touched me down where my hands were

Cuffed, I told her my spine was injured in the middle not down there. Her only concern was that I get locked up. I asked her so your not going to help me, She said no.

Three days later we were evacuated to the Wallace Pack unit where I sent an I-60 to medical explaining that I was injured by an inmate on Stringfellow unit and need to see a doctor my spine was injured badly. I recieved a lay-in to see the doctor. When I went to medical the doctor talked to me in the hallway and stated that she ordered more Meloxicam for me, I was out of it. The doctor could clearly see I couldn't walk upright without pain. I stated to her your not going to examine me or help me she said no, go to your dorm and go to pillwindow. I told her the Meloxicam was not working. We were evacuated 4 days later to the LeBlanc unit where I sent I-60's to medical to please can I see a doctor my spine was injured. On the third day I was Sent to John Ceti hospital for a prostate exam check up. There I stated I need someone to look at my spine, the nurse stated you are not here for that only a prostate exam. I said your not going to help me this is a hospital, She Said no. Three or four days later I Saw dr. Ramos Gutierrez JoA CDW. who stated yes, your spine is injured and prescribed medication for 7 days and incresed my Meloxicam to twice a day and ordered X-Rays on my spine. It took 90 days for me to obtain medical care.

I believe this was retaliation for the first lawsuit in violation of my constitutional rights of the due process and cruel and unusual punishment of the Fourteenth and Eighth Amendments of the United States Constitution, as a Policy Maker.

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true except as to matters alleged on information and belief and as to those I believe to be true I certify under Penalty of Perjury that the foregoing is true and Correct.

Executed at Beaumont tx

Date____

Signature

Chester Finney